IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-1284-CMA-CBS

WANDA BELIZ,

      Plaintiff,

v.

LOAN SIMPLE, INC., aka ASCENT HOME LOANS,
THE CASTLE LAW GROUP, LLC, and
CITIMORTGAGE, INC.

      Defendant.

## ORDER ADOPTING AND AFFIRMING JULY 9, 2015 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case was referred to United States Magistrate Judge Craig B. Shaffer pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.  (Doc. # 4.)  On July 9, 2015, Judge Shaffer issued a Recommendation that Plaintiff's Emergency Motion for Temporary Restraining Order and Injunction be denied.  (Doc. # 15.)  The Recommendation is incorporated herein by reference.  See 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (Doc. # 15 at 4-5.)  Despite this advisement, no objections to Magistrate Judge Shaffer's Recommendation were filed by either party.

In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (observing that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings")). Having reviewed the Recommendation, the Court discerns no clear error on the face of the record and finds that Judge Shaffer's reasoning is sound.

Accordingly, it is hereby ORDERED that the Recommendation of United States Magistrate Judge Shaffer (Doc. # 15) is AFFIRMED and ADOPTED as an Order of this Court. Pursuant to the Recommendation, it is FURTHER ORDERED that Plaintiff's Emergency Motion for Temporary Restraining Order and Injunction (Doc. # 5) is hereby DENIED.

DATED:   July 28, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge