IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 15-cv-01284-CMA-CBS

WANDA BELIZ,

    Plaintiff,

v.

LOAN SIMPLE, INC., *a/k/a* ASCENT HOME LOANS,
THE CASTLE LAW GROUP, LLC,
CITIMORTGAGE, INC.,
FEDERAL HOME LOAN MORTGAGE CORPORATION,
THOMAS S. MOWLE, *in his official and individual capacities*,
MALCOM & CISNEROS, *a Law Corporation*,
RONALD W. SERVIS, *attorney*,
PATRICIA D. SACHEZ, *attorney*,

    Defendants.

## ORDER

Magistrate Judge Shaffer

  Plaintiff Wanda Beliz has filed an unopposed motion to voluntarily dismiss Defendant Thomas S. Mowle [Doc. 35]. No party has filed an answer or a motion for summary judgment; therefore, this voluntary dismissal is self-executing upon filing. *See* F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court shall terminate Defendant Thomas S. Mowle from this action. It is FURTHER ORDERED that Defendant Mowle's Motion to Dismiss [Doc. 28] is denied as moot.

  DATED at Denver, Colorado, this 7th day of October, 2015.

                  BY THE COURT:

2

                                              s/Craig B. Shaffer
                                              United States Magistrate Judge