IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-01284-CMA-CBS

WANDA BELIZ,

      Plaintiff,

v.

LOAN SIMPLE, INC., a/k/a Ascent Homes Loans,
THE CASTLE LAW GROUP, LLC, and
CITIMORTGAGE, INC.,

      Defendants.

## FINAL JUDGMENT

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order Adopting and Affirming January 14, 2016 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on February 3, 2016, it is

      ORDERED that the Recommendation of United States Magistrate Judge Shaffer (Doc. # 83) is AFFIRMED and ADOPTED as an Order of this Court.  It is

      FURTHER ORDERED that the Defendants' Motions to Dismiss (Doc. ## 11, 17, 33, 42, 75) are GRANTED.  It is

FURTHER ORDERED that Plaintiff's claim under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq., is DISMISSED with prejudice; and the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, which are dismissed without prejudice. It is

FURTHER ORDERED that Plaintiff's Motion to Amend Complaint (Doc. # 71) is DENIED. It is

FURTHER ORDERED that Defendant Castle Law Group, LLC's Motion to Dismiss for Failure to State a Claim (Doc. # 76) is DENIED as moot. It is

FURTHER ORDERED that the case is dismissed in its entirety.  It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED:  February 3, 2016

> FOR THE COURT:
> JEFFREY P. COLWELL, CLERK
>
> By: s/  V. Barnes
> _____
> V. Barnes
> Deputy Clerk